

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00509-CV

**AMERICAN HOME SHIELD OF TEXAS, INC**,
Appellant

v.

Jason **ALEXANDER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-09299
Honorable Christine Vasquez Hortick, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

Delivered and Filed: May 20, 2026

DISMISSED

On March 16, 2026, appellant filed a motion to dismiss this appeal in order to pursue mediation. The motion to dismiss contains a certificate of service to appellee, who has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). We therefore GRANT the motion and DISMISS the appeal. *See id.*, 42.1(a)(1). Costs of the appeal are assessed against appellant. *See id.*, 42.1(d).

PER CURIAM